IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1354-AP

Gary L. Rich,

    Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (Facsimile)
<u>Newallfrederickw@qwest.com</u>

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**    July 20, 2005.

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**    July 27, 2005.

    C.    **Date Answer and Administrative Record Were Filed**:    September 27, 2005.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    December 30, 2005.

    B.    **Defendant's Response Brief Due:**    January 30, 2006.

    C.    **Plaintiff's Reply Brief (If Any) Due:**    February 14, 2006.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 30th day of November, 2005.

                                                                 BY THE COURT:

                                                                 S/John L. Kane
                                                                 U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Frederick Newall | WILLIAM J. LEONE |
| Frederick W. Newall, Esq. | UNITED STATES ATTORNEY |
| 730 N. Weber, #101 | |
| Colorado Springs, Colorado 80903 | s/Kurt J. Bohn |
| (719) 633-5211 | KURT J. BOHN |
| (719) 635-6503 (Facsimile) | |
| newallfrederickw@qwest.com | Assistant U.S. Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| Attorney for Plaintiff | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.