IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01354–EWN

GARY L. RICH,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner
of Social Security,

    Defendant.

_____

**ORDER AND MEMORANDUM OF DECISION**
_____

    This matter comes before the court on Plaintiff's "Unopposed Motion for EAJA Attorney Fees," filed July 24, 2006. Plaintiff's counsel seeks $1,878.80 in fees, representing 12.2 hours of work at a rate of $154 per hour. Although the fees at issue are uncontested, the court notes that the Equal Access to Justice Act ("EAJA") imposes a statutory cap of $125 per hour, "unless the court determines that an increase in the cost of living or a special factor such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A) (2006). Here, Plaintiff has presented neither evidence nor argument to justify a fee higher than that contemplated by the statute. Consequently, this court denies Plaintiff's motion without prejudice to refiling. Upon such refiling, Plaintiff is directed either to support the fee

sought in the instant motion of $154 per hour or to comport with the statutory cap of $125 per hour.

It is therefore ORDERED that Plaintiff's motion for attorney fees (# 19) is DENIED.

Dated this 13th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge