IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01354–EWN

GARY L. RICH,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner
of Social Security,

    Defendant.

_____

**ORDER AND MEMORANDUM OF DECISION**
_____

This matter comes before the court on Plaintiff's "Stipulated Motion for Attorney Fees under EAJA," filed November 28, 2006. Plaintiff's counsel seeks $2,302.80 in fees, representing 13.2 hours of work at a rate of $154 per hour. Although the fees at issue are uncontested, the court notes that the Equal Access to Justice Act ("EAJA") imposes a statutory cap of $125 per hour, "unless the court determines that an increase in the cost of living or a special factor such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee." 28 U.S.C.A. § 2412(d)(2)(A) (West 2007). On July 24, 2006, Plaintiff filed an initial motion for fees, but failed to present evidence or argument to justify a fee higher than that contemplated by the statute. The court denied the motion without prejudice to refiling.

In the current iteration of his motion, Plaintiff presents evidence of the increased cost of living since March 1996, when the EAJA statutory salary cap was last amended. (Stipulated Mot. for Att'y Fees under EAJA at 2, Ex. 2 [Consumer Price Index] [filed Nov. 28, 2006].) By Plaintiff's calculation, the consumer price index shows that prices increased by a factor of approximately 133%, meaning that what cost $125 in 1996 should cost $166 in 2006 — twelve dollars more than Plaintiff's counsel charges per hour. The court is satisfied with Plaintiff's data and Defendant's acceptance thereof. Therefore, upon due consideration of the matter, the court finds that Plaintiff is entitled to the fees he seeks.

It is therefore ORDERED that Plaintiff's motion for attorney fees (# 24) is GRANTED. Defendant shall pay to Plaintiff attorney fees under the EAJA in the amount of $2,032.80.

Dated this 26th day of March, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge